# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 19, 2025

## NO. 03-24-00675-CV

**Luz Maria Oranday, Appellant**

**v.**

**Henry Briceno, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY**
**BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP**
**AFFIRMED -- OPINION BY JUSTICE CRUMP**

---

This is an appeal from the summary judgment order signed by the trial court on September 19, 2025. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's summary judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.